# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 9, 2014

## NO. 03-12-00527-CV

Appellants, Texas Entertainment Association, Inc. and Karpod, Inc.,//
Cross-Appellants, Susan Combs, Comptroller of Public Accounts of the State of Texas, and
Greg Abbott, Attorney General of the State of Texas

v.

Appellees, Susan Combs, Comptroller of Public Accounts of the State of Texas, and
Greg Abbott, Attorney General of the State of Texas//
Cross-Appellees, Texas Entertainment Association, Inc. and Karpod, Inc.

---

## APPEAL FROM 345TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
## AFFIRMED IN PART; REVERSED AND RENDERED IN PART –
## OPINION BY JUSTICE FIELD

---

This is an appeal from the judgment signed by the trial court on July 9, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was error in the trial court's judgment. The Court reverses the portions of the trial court's judgment holding that a sexually-oriented-business tax is an occupation tax and that twenty-five percent (25%) of the revenue from a sexually-oriented-business tax is required to go to public schooling, and renders judgment that the sexually-oriented-business tax is not an occupation tax and thus there is no requirement that twenty-five percent (25%) of its revenue go to public schooling. The remainder of the trial court's judgment is affirmed. Appellants shall pay all costs relating to this appeal, both in this Court and the court below.